UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: SUBPOENA           ORDER
------------------------------------------------------------X   16-MC-_____(JO)

**16 MISC 1319**

James Orenstein, Magistrate Judge:

The government's request for a non-disclosure order is denied for the reasons set forth in *In Re: Grand Jury Subpoena to Facebook*, 16-MC-1300 (JO), Docket Entry 2 (memorandum and order) (E.D.N.Y. May 12, 2016). The ruling is without prejudice to renewal upon a particularized showing of need.

The government's request to seal its application is granted for a period of 90 days, subject to renewal upon a showing of a continuing need for secrecy. This order is not to be sealed but shall be filed on the public docket.

SO ORDERED.

Dated: Brooklyn, New York
       5/12 , 2016

                                                 /s/
                                       JAMES ORENSTEIN
                                       U.S. Magistrate Judge